STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Frederick Theodore Haas  III
Montgomery, Barnett
1100 Poydras St., #3200
New Orleans LA 70163-3200

## REHEARING ACTION: July 9, 2008

**Docket Number: 07   01556-CA**

**PRIVATE CAPITAL, INC.**
**VERSUS**
**J & K ENGINE & RIG REPAIR, ET AL.**

**Appealed from Vermilion Parish Case No. 79632-J**

**BEFORE JUDGES:**

> **Hon. Oswald A. Decuir**
> **Hon. Marc T. Amy**
> **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Coastal Drilling Company, LLC** has this day been

> **DENIED.**

cc: Jeffrey Ackermann, Counsel for the Appellee